UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20161-CIV-King/Garber

MARIE JEANNE JEAN, in her individual
capacity, and as parent and legal guardian
for minors VLADIMY PIERRE and MICHELDA
PIERRE, and LEXIUSTE CAJUSTE,

    Plaintiffs,

v.

CARL DORELIEN and LUMP SUM CAPITAL,
LLC, a Maryland limited liability company,

    Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court by referral from U.S. District Judge K. Michael Moore. Pursuant to such reference, the Court has received the plaintiffs' Motion to Compel (DE 125). A response to said motion has not been filed or received.

    Upon due consideration of said motion and the Court having reviewed the record and being advised in the premises it is hereby

    ORDERED that said Motion to Compel is GRANTED. The defendant Dorelien shall produce all documents requested by the plaintiffs, shall answer all propounded interrogatories, and serve his Rule 26 disclosures, on or before January 12, 2007.

    DONE AND ORDERED at Miami, Florida this 29th day of December, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE