UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division



Case No. 03-20161-CIV-KING/GARBER

MARIE JEANNE JEAN, in her individual
capacity, and as parent and legal
guardian for minors VLADIMY PIERRE
and MICHELDA PIERRE, and
LEXIUSTE CAJUSTE,

      Plaintiffs,

v.

CARL DORÉLIEN,

      Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the completion of a trial in the above-styled case before the Court and a jury. Pursuant to Rule 58(a), Federal Rules of Civil Procedure, and the verdict entered by the jury on February 23, 2007, the FINAL JUDGMENT in this matter is hereby ORDERED, ADJUDGED and DECREED as follows:

**Plaintiff MARIE JEANNE JEAN, in her individual capacity:**

1.  Plaintiff MARIE JEANNE JEAN shall take and recover from the Defendant CARL DORÉLIEN, the sum of $500,000.00 (five hundred thousand and .00 dollars) in compensatory damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

2.  In addition to the sum set forth in paragraph 1, Plaintiff MARIE JEANNE JEAN shall take and recover from the Defendant CARL DORÉLIEN, the sum of $100,000.00 (one hundred

thousand and .00 dollars) in punitive damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

**Plaintiff MARIE JEANNE JEAN, in her capacity as parent and legal guardian for VLADIMY PIERRE:**

3.  Plaintiff MARIE JEANNE JEAN, as legal guardian for minor VLADIMY PIERRE, shall take and recover from the Defendant CARL DORÉLIEN, the sum of $500,000.00 (five hundred thousand and .00 dollars) in compensatory damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

4.  In addition to the sum set forth in paragraph 3, Plaintiff MARIE JEANNE JEAN, as legal guardian for minor VLADIMY PIERRE, shall take and recover from the Defendant CARL DORÉLIEN, the sum of $100,000.00 (one hundred thousand and .00 dollars) in punitive damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

**Plaintiff MARIE JEANNE JEAN, in her capacity as parent and legal guardian for MICHELDA PIERRE:**

5.  Plaintiff MARIE JEANNE JEAN, as legal guardian for minor MICHELDA PIERRE, shall take and recover from the Defendant CARL DORÉLIEN, the sum of $500,000.00 (five hundred thousand and .00 dollars) in compensatory damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

6.  In addition to the sum set forth in paragraph 5, Plaintiff MARIE JEANNE JEAN, as legal guardian for minor MICHELDA PIERRE, shall take and recover from the Defendant CARL DORÉLIEN, the sum of $100,000.00 (one hundred thousand and .00 dollars) in punitive damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the

judgment, for which let execution issue;

## LEXIUSTE CAJUSTE:

7.  Plaintiff LEXIUSTE CAJUSTE shall take and recover from the Defendant CARL DORÉLIEN, the sum of $2,000,000.00 (two million and .00 dollars) in compensatory damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

8.  In addition to the sum set forth in paragraph 7, Plaintiff LEXIUSTE CAJUSTE shall take and recover from the Defendant CARL DORÉLIEN, the sum of $500,000.00 (five hundred thousand and .00 dollars) in punitive damages that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment, for which let execution issue;

9.  Pursuant to 28 U.S.C. § 1961, this judgment shall bear interest at the rate of 4.83% per year.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of August, 2007.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel for Plaintiffs:*
Dwayne E. Williams, Esq.
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel:  (305) 374-8500
Fax:  (305) 789-7799
Email:  dwayne.williams@hklaw.com

3

THE CENTER FOR JUSTICE & ACCOUNTABILITY
Matthew Eisenbrandt, Esq.
*(Admitted Pro Hac Vice)*
870 Market Street, Suite 684
San Francisco, California 94102
Tel: (415) 544-0444
Fax: (415) 544-0456
Email: meisenbrandt@cja.org

TANNER BISHOP
Thomas E. Bishop, Esq.
One Independent Drive, Suite 1700
Jacksonville, Florida 32202
Tel: (904) 598-0034
Fax: (904) 598-0395
Email: tbishop@tannerbishoplaw.com

John Andres Thornton, Esq.
100 SE 2nd Street, Suite 2700
Miami, Florida 33131
Tel: (305) 532-6851
Fax: (305) 532-6851
Email: johnandresthornton@hotmail.com

*Counsel for Defendant:*
Kurt R. Klaus, Jr., Esq.
Law Offices of Kurt R. Klaus, Jr.
Suite 120, South Dade Two
10720 Caribbean Boulevard
Miami, FL 33189

4